UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOHN JEFFREY PRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:22-cv-184-JRG-JEM |
| ) | |
| FIRST PEOPLES BANK OF TENNESSEE ) | |
| FIRST PEOPLES BANCORP, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P., Rule 41, the Plaintiff, John Jeffrey Pratt and Defendants, First Peoples Bank of Tennessee and First Peoples Bancorp, Inc. by and through counsel, file this Joint Stipulation of Dismissal Without Prejudice of all claims in the above-styled action. The parties stipulate and agree that this action is dismissed without prejudice.

Respectfully submitted this 13th day of March, 2023.

| | |
|---|---|
| */s/ Jeffrey C. Taylor* | */s/ Mary C. Moffatt* |
| **Jeffrey C. Taylor, Esq.** (BPR #013436) | **J. Eric Harrison, Esq.** (BPR #016129) |
| TAYLORLAWFIRM | **Mary C. Moffatt, Esq.** (BPR #012729) |
| 365 West Third North Street | Wimberly Lawson Wright Daves & Jones |
| Morristown, Tennessee 37814 | P.O. Box 2231 |
| (423) 586-6812 | Knoxville, TN 37902 |
| jeff@taylorlawfirmtn.com | (865) 546-1000 |
| | eharrison@wimberlylawson.com |
| Attorneys for Plaintiff | mmoffatt@wimberlylawson.com |
| | |
| | Attorneys for Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**J. Eric Harrison, Esq.**
**Mary C. Moffatt, Esq.**
WIMBERLY LAWSON WRIGHT DAVES & JONES
P.O. Box 2231
Knoxville, TN 37902
eharrison@wimberlylawson.com
mmoffatt@wimberlylawson.com

*/s/ Jeffrey C. Taylor*
**Jeffrey C. Taylor, Esq.**